UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff

v.            Case No. 26-30423
            Originating No.  2:25-CR-77

**AMOS A. BARRETT,**

   Defendant.

_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **AMOS A. BARRETT** to answer to charges pending in another federal district, and states:

1. On **July 15, 2026,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Southern District of Ohio based on an Indictment**.  Defendant is charged in that district with violations of **Conspiracy to commit Money Laundering in violation of Title 18, United States Code, Section 1956(h); Concealment of Money Laundering in violation of Title 18, United States Code, Section**

**1956(a)(1)(B)(i), Money Laundering in violation of Title 18, United States Code 1957, Conspiracy to commit Wire Fraud in violation of Title 18, United States Code, Section 1349, and Wire Fraud in violation of Title 18, United States Code, Section 1343.**

2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

s/Ranya Elzein
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: July 15, 2026